CITY OF NEW YORK, Appellant, *v.* CHARLES A. BUCKLEY et al., Respondents.

Argued March 10, 1941; decided May 22, 1941.

*William C. Chanler*, Corporation Counsel (*Seymour B. Quel, Bernard Newman* and *Arthur H. Kahn* of counsel), for appellant.

*Copal Mintz* for Charles A. Buckley, respondent.

*Murray D. Welch, Harland B. Tibbetts* and *George A. Dickinson* for Ætna Casualty & Surety Company et al., respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.